**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| v. | : | **MAGISTRATE NO.** 1:19-mj-00198-DAR |
| | : | |
| | : | **VIOLATION:** |
| **CURTIS LAKEITH FOWLER,** | : | |
| Defendant | : | **18 U.S.C. § 922(g)(1)** |
| | : | **(Unlawful Possession of a Firearm and Ammunition)** |
| | : | |
| | : | **18 U.S.C. §§ 1591(a)(1), (a)(2), and (b)(2)** |
| | : | **(Sex Trafficking of Minors)** |

**INFORMATION**

The United States Attorney charges that:

**COUNT ONE**

Between on or about April 25, 2019 and May 12, 2019, in the District of Columbia and elsewhere, the defendant, CURTIS FOWLER, did, in or affecting interstate commerce, knowingly recruit, entice, harbor, transport, provide, obtain, advertise, maintain, patronize, and solicit by any means, and benefit financially by receiving anything of value for participating in a venture that did recruit, entice, harbor, transport, provide, obtain, advertise, maintain, patronize, and solicit by any means, minors who had not attained the age of 18.

(**Sex Trafficking of Minors,** in violation of Title 18, United States Code, Sections 1591(a)(1), (a)(2), and (b)(2))**.**

## COUNT TWO

Between on or about September 12, 2018 and May 8, 2019, in the District of Columbia and elsewhere, the defendant, CURTIS FOWLER, engaged in the business of importing, manufacturing, or dealing in firearms. CURTIS FOWLER has a history of being convicted of a crime punishable by imprisonment and received, possessed, and transported firearms and ammunition.

(**Unlawful Possession of a Firearm and Ammunition,** in violation of Title 18, United States Code, Sections 922(g)(1))**.**

 

          MICHAEL SHERWIN
          Acting United States Attorney
          New York Bar No. 4444188

By:    /s/ *Kenya K. Davis*
        Kenya K. Davis, D.C. Bar No. 502305
        Assistant United States Attorneys
        555 Fourth Street, N.W.
        Washington, D.C. 20530
        Telephone: 202-252-7059
        Emails: Kenya.Davis@usdoj.gov